# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 1:11-cr-2 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| MURIEL L. DAVIS | ) | |
| | ) | Magistrate Judge Susan K. Lee |

## ORDER

On May 18, 2022, United States Magistrate Judge Susan K. Lee filed her Report and Recommendation (Doc. 56) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Lee recommended that Defendant's motion to seal her criminal case be denied.

Defendant has filed no objections to the Magistrate Judge's Report and Recommendation.[1]  Nevertheless, the Court has conducted a reviewed the Report and Recommendation, as well as the record, and it agrees with Magistrate Judge Lee's well-reasoned conclusions.

Accordingly:

- Defendant's motion to seal (Doc. 52) is **DENIED**.

**SO ORDERED.**

---

[1] Magistrate Judge Lee specifically advised Defendant that she had 14 days in which to object to the Report and Recommendation and that failure to do so would waive his right to appeal. (Doc. 56); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). Even taking into account the three additional days for service provided by Fed. R. Civ. P. 6(d), the period in which Plaintiff could timely file any objections has now expired.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**